**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01324-MSK-NYW

GREG A. CLARKSON,

Plaintiff,

v.

UNIVERSITY OF DENVER, A Colorado Non-Profit Corporation,

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

---

Defendant University of Denver ("Defendant"), by and through its undersigned counsel, and pursuant to D.C.COLO.LCivR 6.1 hereby moves the Court to amend the Scheduling Order and grant an extension of the dispositive motion deadline up through and including March 24, 2017. As grounds for this Motion, Defendant states as follows:

1. Plaintiff filed his Complaint in this action on June 2, 2016. (Dkt. #1)

2. On August 23, 2016 the Court entered a Scheduling Order setting the discovery deadline for February 2, 2017 and the dispositive motion deadline for March 2, 2017. (Dkt. #16 )

3. The Plaintiff filed a Motion for Extension of Time to Conduct Discovery on January 20, 2017. (Dkt. #28)

4. The Court granted Plaintiff's Motion for Extension of Time to Conduct Discovery, extending the deadline to March 10, 2017, which is after the current dispositive motion deadline of March 2, 2017. (Dkt. #35)

5. Defendant moves the Court to extend the dispositive deadline from March 2, 2017 to March 24, 2017, to allow the parties time to complete discovery before the dispositive motion deadline expires.

6. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that he has conferred with Plaintiff's counsel and is authorized to state that Plaintiff has no objection to the relief requested in this motion.

7. Defendant has not sought any prior extensions related to the relief requested herein.

8. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion is contemporaneously being served on the Defendant's representative.

WHEREFORE, Defendant respectfully moves for an Order to extend the dispositive motion deadline from March 2, 2017 to March 24, 2017.

Respectfully submitted this 27th day of February, 2017.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Heidi K. Wilbur*
Jim Goh
Heidi K. Wilbur
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720-343-7570
Facsimile: 720-343-7571
jgoh@constangy.com
hwilbur@constangy.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2017, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Charles W. Hemphill
cwh@hemphillawfirm.com

Attorney for Plaintiff

*s/ Janis Creekmore*
Janis Creekmore, Paralegal