**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01324-MSK-NYW

GREG A. CLARKSON,

Plaintiff,

v.

UNIVERSITY OF DENVER, A Colorado Non-Profit Corporation,

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

---

Defendant University of Denver ("Defendant"), by and through its undersigned counsel, and pursuant to D.C.COLO.LCivR 6.1 hereby moves the Court to amend the Scheduling Order and grant an extension of two (2) weeks, up through and including April 7, 2017, to file its dispositive motion. As grounds for this Motion, Defendant states as follows:

1. Plaintiff filed his Complaint in this action on June 2, 2016. (Dkt. #1)

2. On August 23, 2016 the Court entered a Scheduling Order setting the discovery deadline for February 2, 2017 and the dispositive motion deadline for March 2, 2017. (Dkt. #16 )

3. On January 20, 2017, Plaintiff filed a Motion for Extension of Time to Conduct Discovery. (Dkt. #28)

4. The Court granted the Plaintiff's Motion for Extension of Time to Conduct Discovery, extending the deadline to March 10, 2017, which was after the March 2, 2017 dispositive motion deadline. (Dkt. #35)

5. On February 27, 2017, Defendant filed an Unopposed Motion to Amend Scheduling Order to extend the dispositive motion deadline from March 2, 2017 to March 24, 2017, to allow the parties time to complete discovery before the dispositive motion deadline expired. (Dkt. #40)

6. Defendant has been diligently working on its dispositive motion since discovery ended on March 10, 2017, but due to undersigned counsel's other case commitments, additional time is needed within which to finalize its dispositive motion. Specifically, lead counsel for Defendant has been engaged in expert discovery in Case No. 1:16-cv-00152 and in a 10th Circuit oral argument in Case No. 16-1159.

7. For these reasons, Defendant seeks a two-week extension of time, up to and including April 7, 2017 to file its dispositive motion.

8. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that she has conferred with Plaintiff's counsel and is authorized to state that Plaintiff has no objection to the relief requested in this motion.

9. Defendant has sought one prior extension related to the relief requested herein.

10. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion is contemporaneously being served on the Defendant's representative.

WHEREFORE, Defendant respectfully moves for an Order to extend the dispositive motion by two (2) weeks from March 24, 2017 to April 7, 2017.

Respectfully submitted this 23rd day of March, 2017.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Jim Goh*
Jim Goh
Heidi K. Wilbur
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720-343-7570
Facsimile: 720-343-7571
jgoh@constangy.com
hwilbur@constangy.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2017, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Charles W. Hemphill
cwh@hemphillawfirm.com

Attorney for Plaintiff

*s/ Janis Creekmore*
Janis Creekmore, Paralegal