IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: **16-cv-01324-MSK-NYW**

GREG A. CLARKSON,

Plaintiff,

v.

UNIVERSITY OF DENVER,
a Colorado Non-Profit Corporation,

Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to D.C.COLO.LCivR 6.1, Plaintiff, by and through his counsel, Charles W. Hemphill, hereby moves this Court for an extension of time to respond to *Defendant's Motion for Summary Judgment* and as grounds therefor, states as follows:

1) As set forth in the Scheduling Order (Dkt. #16) Dispositive Motions were originally due to be filed on or before March 2, 2017.

2) Because of scheduling issues, the discovery cut-off deadline was extended and Defendant requested that the deadline for filing of dispositive motions also be extended to March 24, 2017 (Dkt. #40).

Plaintiff did not object to this request and this Court granted the extension (Dkt. #42).

3) Defendant then requested an extension from March 24, 2017 to April 7, 2017 for the filing of dispositive motions. (Dkt. #44). Again, Plaintiff did not object to this request and the extension was granted by this Court (Dkt. #46).

4) Pursuant to D.C.COLO.LCivR 56.1(a), Plaintiff's response to *Defendant's Motion for Summary Judgment* is due to be filed on or before April 28, 2017.

5) Pursuant to the requirements set forth in D.C.COLO.LCivR 7.1(a), the undersigned has conferred with counsel for Defendant and has been advised that Defendant has no objection to the Court granting this request for extension of time for Plaintiff to file his response to *Defendant's Motion for Summary Judgment.*

6) Plaintiff's counsel is a sole practitioner with one staff member. Said counsel is involved in another state court matter in which depositions were purposely scheduled to be held after the time review of deposition transcripts, exhibits, research for and preparation of a response to a dispositive motion would have had to be filed based upon the original

extension request.

7) However, because of the second request for extension of time for filing a dispositive motion, Plaintiff's counsel is now actively involved in preparation for, witness meetings and conducting depositions in the other matter.

8) Plaintiff's counsel could not have begun the tasks necessary to prepare a response to *Defendant's Motion for Summary Judgment* prior to this time as Plaintiff did not know which issues would be raised by Defendant or what specific evidence would be submitted by Defendant in its motion.

9) As this Court is aware, this response is critical to Plaintiff's case and should be afforded the time and attention it warrants. The undersigned has initiated preparation of and engaged in some of the tasks necessary to prepare a response, however, because of the other matter discussed above, Plaintiff's counsel will need additional time in which to finalize Plaintiff's response to *Defendant's Motion for Summary Judgment.*

10) The undersigned has reviewed his schedule and has estimated that an extension to and including May 19, 2017 will allow enough time to complete and file Plaintiff's response and does not believe any further

requests for extensions of time will be necessary.

11) Plaintiff has not previously requested an extension of time to file his response to *Defendant's Motion for Summary Judgment.*

12) Pursuant to D.C.COLO.LCivR 6.1, Plaintiff has been served with a copy of this request for extension of time.

WHEREFORE, based upon the foregoing, Plaintiff respectfully requests that this Court grant his request for an extension of time, to and including, May 19, 2017, in which to file his response to *Defendant's Motion for Summary Judgment.*

Dated this 25th day of April, 2017.

Respectfully submitted,
THE LAW OFFICES OF
CHARLES W. HEMPHILL

s/Charles W. Hemphill

Charles W. Hemphill
8441 West Bowles Avenue
Suite 250
Littleton, CO 80123
(303) 933-7886
cwhemphillaw@hemphilllawfirm.com
Attorney for Plaintiff

CERTIFICATE OF ELECTRONIC TRANSMISSION

I HEREBY certify that on this 25th day of April, 2017, the foregoing *PLAINTIFF'S* UNOPPOSED MOTION *FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT* was filed with the Clerk of the Court using the Court's CM/ECF system which will notify the following that the aforementioned motion has been filed:

Jim Goh, Esq.
Heidi Wilbur, Esq.
Constangy, Brooks, Smith &
Prophete, LLP
jgoh@constangy.com
hwilbur@constangy.com
Attorneys for Defendant

s/ Wendy Ashton
Wendy Ashton