IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: **16-cv-01324-MSK-NYW**

GREG A. CLARKSON,

Plaintiff,

v.

UNIVERSITY OF DENVER,
a Colorado Non-Profit Corporation,

Defendant.

---

**PLAINTIFF'S SECON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to D.C.COLO.LCivR 6.1, Plaintiff, by and through his counsel, Charles W. Hemphill, hereby moves this Court for a second extension of time to respond to *Defendant's Motion for Summary Judgment* and as grounds, therefor, states as follows:

1) As set for in the Scheduling Order (Dkt. #16) Dispositive Motions were originally due to be filed on or before March 2, 2017.

2) Because of scheduling issues, the discovery cut-off deadline was extended and Defendant requested that the deadline for filing of dispositive motions also be extended to March 24, 2017 (Dkt. #40). Plaintiff did not object to this request and this Court granted the extension (Dkt. #42).

3) Defendant then requested an extension from March 24, 2017 to April 7, 2017 for the filing of dispositive motions (Dkt. #44). Again, Plaintiff did not object to this request and the extension was granted by this Court (Dkt. #46).

4) Pursuant to D.C.COLO.LCivR 56.1(a), Plaintiff's response was originally due to be filed on or before April 28, 2017.

5) Plaintiff advised this Court previously that he is a sole practitioner with one staff member and that he was involved in another state court matter in which numerous depositions had been scheduled to be held after the original responsive due date would have occurred.

6) Because of these previously scheduled commitments, Plaintiff's counsel requested an extension to an including May 19, 2017 in which to file a response (Dkt. #48), which was granted by this Court (Dkt. #49).

7) Plaintiff's counsel, at the time of the filing of the original request for an extension, believed that the time requested would be adequate to allow for full review of deposition transcripts, exhibits, research for and preparation of a response to Defendant's *Motion for Summary Judgment*.

8) However, in the interim, depositions in the other matter took longer than expected and had to be rescheduled into the week ending May 17, 2017.

9) Additionally, the undersigned has had to handle some family issues and the undersigned's one staff member is set to undergo testing for a serious medical condition which will prevent her from providing necessary assistance in the preparation of the response.

10) Pursuant to the requirements set forth in D.C.COLO.LCivR 7.1(a), the undersigned has conferred with counsel for Defendant and has been advised that Defendant has no objection to the Court granting this request for extension of time for Plaintiff to file his response to *Defendant's Motion for Summary Judgment*.

11) This response is critical to Plaintiff's case and should be afforded the necessary time and attention that it warrants.

12) Plaintiff has requested one previous extension of time.

13) Based upon the foregoing, Plaintiff is requesting to and including June 2, 2017 in which to file his response to *Defendant's Motion for Summary Judgment*.

14) Pursuant to D.C.COLO.LCivR 6.1, Plaintiff has been served with a copy of this request for extension of time.

WHEREFORE, based upon the foregoing, Plaintiff respectfully requests that this Court grant his request for an extension of time, to and including, May 19, 2017, in

which to file his response to *Defendant's Motion for Summary Judgment*.

Dated this 15th day of May, 2017.

THE LAW OFFICES OF
CHARLES W. HEMPHILL

s/ Charles W. Hemphill
Charles W. Hemphill
8441 West Bowles Avenue
Suite 250
Littleton, CO 80123
(303) 933-7886
cwh@hemphilllawfirm.com
Attorney for Plaintiff

CERTIFICATE OF ELECTRONIC TRANSMISSION

I HEREBY CERTIFY that on the 15th day of May, 2017, the foregoing *PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT* was filed with the Clerk of the Court's CM/ECF system which will notify the following that the aforementioned motion has been filed:

Jim Goh, Esq.
Heidi Wilbur, Esq.
Constangy, Brooks, Smith &
Prophete, LLP
jgoh@constangy.com
hwilbur@constangy.com

s/ Charles W. Hemphill
Charles W. Hemphill