**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01324-MSK-NYW

GREG A. CLARKSON,

Plaintiff,

v.

UNIVERSITY OF DENVER, A Colorado Non-Profit Corporation,

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

Defendant University of Denver ("Defendant"), by and through its undersigned counsel and pursuant to D.C.COLO.LCivR 6.1, respectfully requests a two-week extension, up through and including June 28, 2017, in which to file its Reply in Support of Motion for Summary Judgment. In support of this Motion, Defendant states as follows:

1. Defendant filed its Motion for Summary Judgment on April 7, 2017. (Dkt. #47).

2. On May 31, 2017, Plaintiff filed his Response to Defendant's Motion for Summary Judgment, after the Court granted both his first and second Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. (Dkt. ## 48, 49, 50, 51, 52).

3. Defendant's Reply Brief in Support of Motion for Summary Judgment is currently due on June 14, 2017.

4. Defendant's lead counsel, Jim Goh, has been involved in extensive discovery in another matter, Case No. 1:16-cv-02471-WYD-MJW, which involves the review and production

of thousands of pages of documents. Additionally, Defendant's attorney, Heidi Wilbur, is out on maternity leave and is unable to assist in preparing Defendant's Reply Brief. Defendant, therefore, needs a two-week extension of time, until June 28, 2017, to submit its Reply in Support of its Motion for Summary Judgment.

5. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that he has conferred with Plaintiff's counsel and is authorized to state that Plaintiff has no objection to the relief requested in this motion.

6. Defendant has not sought any prior extensions related to the relief requested herein.

7. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion is contemporaneously being served on the Defendant's representative.

WHEREFORE, Defendant respectfully requests that it be granted an extension of time, up through and including June 28, 2017, in which to file its Reply in Support of Motion for Summary Judgment.

Respectfully submitted this 14th day of June, 2017.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Jim Goh*
Jim Goh
Heidi Wilbur
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720-343-7570
Facsimile: 720-343-7571
jgoh@constangy.com
hwilbur@constangy.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2017, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Charles W. Hemphill
cwh@hemphillawfirm.com

Attorney for Plaintiff

I hereby certify that on this 14th day of June, 2017, I emailed a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** to the following email address:

Paul H. Chan, Esq.
General Counsel
University of Denver
pchan@du.edu

*s/ Samantha Roth*
Samantha Roth