**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 16-cv-01324-MSK-NYW

GREG A. CLARKSON,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado Non-Profit Corporation,

Defendant.

---

# DEFENDANT'S PROPOSED VOIR DIRE

---

Defendant University of Denver, by and through its undersigned counsel, hereby submits the following proposed voir dire questions:

## I. KNOWLEDGE OR ACQUAINTANCE WITH PARTIES, LAWYERS, JUDGE OR WITNESSES

1. Do you know or have any relationship with the parties, Greg A. Clarkson or University of Denver?

2. Do you know or have any relationship with the attorneys in this case or their law firms? Jim Goh of Constangy, Brooks, Smith & Prophete, LLP? Heidi Wilbur of Constangy, Brooks, Smith & Prophete, LLP? Chuck Hemphill of the Law Offices of Chuck Hemphill?

3. Do you know or have any relationship with any of the witnesses in this case: Chad Burnham, James Conyers, Mark Rinnert, Molly Rossi, Gary Starling, Cindy Crouch, Alex Khramov, Marcelo Lew, or Mike Mott?

## II. EMPLOYMENT HISTORY

1. What is your educational background?

a. What colleges or vocational schools have you attended?

b. What was your area of study?

c. What type of training did you receive?

d. How often do you use a computer?

e. What types of computer-related skills do you have?

f. Do you have any experience in information technology, information security, wireless networking, or telecommunications? If so, please describe your experience.

2. Please tell me your occupation or, if you are retired, your previous occupation?

a. Please tell me any other jobs you have had in the past ten years, including your titles and job duties.

b. In your current job, are you responsible for:

1) Evaluating the job performance of other employees? How many?

2) Hiring and/or filing other employees?

3) Supervising other employees? How many? Describe your supervisorial responsibilities.

4) Have you ever been responsible for any of those management duties?

5) How would your coworkers at your job describe you?

3. What is your spouse's current occupation and job duties? If you spouse is retired, what were your spouse's last job responsibilities?

4. Have you or anyone close to you ever worked for or applied for employment with DU?

a. If so, for what position did you or someone close to you apply?

b. If so, for what position were you or was someone close to you hired?

c. If so, in what position did you or someone close to you work?

d. Did you or someone close to you resign from employment with DU? Were you or was someone close to you terminated from employment with DU? If so, what were the circumstances?

5. Have you ever worked in human resources, or as a manager or supervisor?

a. What were the circumstances?

b. Did you have responsibility for hiring new employees?

c. How many employees did you supervise?

d. Have you ever had to investigate a dispute between two employees?

e. Have you ever had to discipline an employee?

f. Have you ever had to terminate someone's employment?

6. Has any family member ever worked in human resources, or as a manager or supervisor?

a. What were the circumstances?

b. Did he/she have responsibility for hiring new employees?

c. How many employees did he/she supervise?

d. Has he/she ever had to investigate a dispute between two employees?

e. Has he/she ever had to discipline an employee?

f. Has he/she ever had to terminate someone's employment?

7. Are you presently involved now, or have you ever in the past been involved in, any type of a dispute with an employer or a supervisor?

a. If so, what was the nature of the dispute?

b. How did you feel about the outcome?

c. Is there anything about the dispute that left a bad taste in your mouth that you still taste today?

8. Have you or anyone close to you ever been fired from a job?

a. What were the circumstances?

b. Did you feel that the firing was fair or unfair? Why?

c. Did you or someone close to you ever consider suing the employer because of the termination?

9. Do you have any strong feelings, positive or negative, towards people over forty in the workplace? If so, what are those feelings?

## III. <u>LAWSUIT EXPERIENCE</u>

1. Have you ever been involved in any lawsuit involving your current employer?

a. What were the circumstances?

b. How were you involved?

c. How was it resolved? (*i.e.*, litigation?)

c. How did you feel about the process?

d. What was the outcome?

e. How did you feel about the outcome?

2. Have you ever been involved in any lawsuit involving a previous employer?

a. What were the circumstances?

b. How were you involved?

c. How did you feel about the process?

d. How was it resolved? (*i.e.*, litigation?)

e. What was the outcome?

f. How did you feel about the outcome?

3. Have you ever sued an individual or a company?

a. What were the circumstances?

b. How were you involved?

c. How was it resolved? (*i.e.*, litigation?)

d. How did you feel about the process?

e. What was the outcome?

f. How did you feel about the outcome?

4. Have you ever been sued by an individual or a company?

a. What were the circumstances?

b. How were you involved?

c. How was it resolved? (*i.e.*, litigation?)

d. How did you feel about the process?

e. What was the outcome?

f. How did you feel about the outcome?

5. Have you or anyone close to you ever been asked to testify in a deposition or in court as an expert witness, or as a witness with special knowledge or training? If yes, please describe.

6. Have you ever served on a jury before?

a. Was it a criminal or civil trial?

b. Did you serve as the foreperson or presiding juror?

c. Did the jury reach a verdict?

7. A juror's duty is to listen to all the evidence and only then, after hearing all the parties present their case, make up your mind about the claims. Are you someone who tends to jump to conclusions quickly? IF YES, this is likely to be a one-week trial. Given that you tend to jump to conclusions quickly, are you likely to make up your mind before the end of this one week? IF NO, is there any reason you may have difficulty waiting to make up your mind until you have heard all the evidence?

8. Do you agree to listen to all of the evidence and not reach a conclusion in your mind until you have reviewed all of the evidence?

9. Do you agree to follow the law as provided to you by the judge, even if you disagree with the law?

## IV. ATTITUDES TOWARDS AND EXPERIENCES WITH UNIVERSITIES

1. What are your general feelings, if any, about universities?

2. Would your feelings about universities incline you to judge witnesses testifying on behalf of a university, including employees of that company, differently than you would judge others testifying in the case?

3. Have you, or has anyone close to you, had a serious negative experience with a university? Tell me about that.

4. This lawsuit is being brought by an individual against a university. Just knowing that, is there any reason that you would start out favoring the individual over the university?

5. The law requires you to treat a company just as you would treat an individual under the law. Is there any reason that you might have difficulty doing that, or be unwilling to do that?

## V. <u>DISCRIMINATION</u>

1. Have you ever felt that you have been discriminated against in any way because of race, national origin, gender, age, or any other basis? If so, please describe the circumstances and what you did in response.

2. Have you or a member of your family or a close friend ever been employed by the Equal Employment Opportunity Commission, the Department of Labor, the Colorado Civil Rights Division, or the National Labor Relations Board?

3. Have you ever filed a complaint of discrimination or retaliation against any employer? If so, why did you choose to file a complaint? How did you feel about the process? What was the outcome? How did you feel about the outcome?

4. Has anyone close to you ever been discriminated against to your knowledge? If so, please describe the circumstances and what happened. How did you feel about the situation

then? Did you encourage that person to take any action? If yes, what actions? How do you feel about the situation today?

5. Are you aware of any circumstances where an employee accused a supervisor or co-worker of discrimination or other wrongdoing? If so, explain.

6. Do you feel that in general, employers often treat younger employees different than they treat older employees? If yes, in what situations or work environments? In what ways?

7. Have you ever felt that some employees claim discrimination when there really is no discrimination at all?

8. Have you ever felt that you have been denied a job or promotion for discriminatory or retaliatory reasons?

9. In your experience, is age discrimination a serious problem in the workplace today?

10. In general, do you think that age discrimination in the workplace today is increasing, decreasing, or about the same as in the past?

12. Have you ever been accused of discrimination? Do you think older and younger employees should be held to the same standards of job performance?

13. Have you ever observed someone unfairly accused of age discrimination?

14. Have you ever felt like you had to quit your job because of discrimination of any kind in the workplace?

15. Have you ever filed any claims against an employer through a governmental agency, such as the Labor Commission, the National Labor Relations Board, the Equal

Employment Opportunity Commission, Colorado Civil Rights Division, Housing Commission or any other state or federal agency?

a. If so, what was the nature of the dispute? How did you feel about the process? What was the outcome? How did you feel about the outcome? Was there anything in this incident which might make you tend to lean toward one side or the other in this case?

## VI. SUMMARY QUESTIONS

1. Other than what you have heard so far in the courtroom, do you have any knowledge whatsoever concerning this case?

2. Is there anything that we have talked about that would prevent you from being fair and impartial to both sides in this case?

3. Would you have difficulty being equally fair to either plaintiff or defendants in this case?

Respectfully submitted this 11th day of June, 2018.

s/ Jim Goh
***Jim Goh***
*Heidi Wilbur*
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP
600 17th Street, Suite 2700-S
Denver, CO 80202
Telephone: (720) 343-7570
Facsimile: (720) 343-7571
E-Mail: jgoh@constangy.com
hwilbur@constangy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2018, I electronically filed the foregoing **DEFENDANT'S PROPOSED VOIR DIRE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Charles W. Hemphill
cwh@hemphillawfirm.com

ATTORNEY FOR PLAINTIFF

s/ _Samantha Roth_____ __________
***Samantha Roth***, Paralegal