**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover
Court Reporter: Julie Thomas

Date: June 18, 2018

Civil Action No. 16-cv-01324-MSK-NYW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| GREG A. CLARKSON, | Charles Hemphill |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF DENVER a Colorado Non-Profit Corporation, | Heidi Wilbur<br>Jim Goh |
| Defendant. | |

---

## COURTROOM MINUTES

---

HEARING: Final Pretrial Conference.

**3:05 p.m. Court in session.**

Paul Chan is present for defendant. Plaintiff is not present and unavailable by telephone.

**ORDER:** Counsel for plaintiff shall purchase on an expedited basis a transcript of these proceedings and transmit to Mr. Clarkson. The client shall not bear the cost of the transcript.

There are no pending motions.

Review of the proposed final pretrial order - matters addressed:

Claims
Defenses
Stipulated Facts
Witness List
Exhibit List
Anticipated motions
Trial length, trial process, technology training, evidentiary issues and any questions posed by counsel.

**ORDER:** Pertinent to trial process: The parties are allotted 10 hours per side for presentation of testimony, openings/closing and argument outside the presence of the jury. The time will be tracked on a chess clock by the Courtroom Deputy.

**ORDER**: Four day jury trial is set on **July 30-August 2, 2018 at 8:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** The proposed final pretrial order is not approved. Revised proposed final pretrial order, witness and exhibit lists, stipulated facts, and statement of case to be submitted no later than **July 23, 2018.**

**3:46 p.m. Court in recess.**

**Total Time: 41 minutes.**
**Hearing concluded.**