**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01324-MSK-NYW

GREG A. CLARKSON,

Plaintiff,

v.

UNIVERSITY OF DENVER, A COLORADO NON-PROFIT CORPORATION,

Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Greg A. Clarkson and Defendant University of Denver, through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) give notice that this matter has been resolved and hereby jointly move and stipulate to the dismissal of the above-styled case, with prejudice, with each party to bear their own fees and costs respectively.

Dated: July 27, 2018.

**THE LAW OFFICES OF CHARLES W. HEMPHILL**

*s/ Charles W. Hemphill*
Charles W. Hemphill
8441 West Bowles Avenue
Suite 250
Littleton, CO 80123
Telephone: (303) 933-7886
Email: cwh@hemphillawfirm.com

Attorney for Plaintiff Greg A. Clarkson

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Heidi K. Wilbur*
Jim Goh
Heidi K. Wilbur
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: (720) 343-7533
Email: jgoh@constangy.com
Email: hwilbur@constangy.com

Attorneys for Defendant University of Denver

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2018, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Janis Creekmore*
Janis Creekmore, Paralegal